**No. 60299.**—Victor M. Calderon Co., Inc., and James E. Fox & Co., Inc. *v.* United States, protest 271273–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of herring similar in all material respects to that the subject of Abstract 57760, the claim of the plaintiffs was sustained.

**No. 60300.**—Siegel & Wolf and Siegel & Wolff, Inc. *v.* United States, protests 920547–G and 917388–G (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra.*

**No. 60301.**—The J. P. Fleisig Co. *v.* United States, protest 238210–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of waste sheepskin scrap similar in all material respects to that the subject of *Fairfield Wool Co., Inc.* v. *United States* (33 Cust. Ct. 199, C. D. 1653), the claim of the plaintiff was sustained.